JERRY NAMBA
CHAPTER 7 TRUSTEE
504 E. CHAPEL STREET
SANTA MARIA, CA  93454
(805) 922-2575

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In Re<br><br>ELITE COLLISION REPAIR, INC.<br><br>    Debtor(s). | Case No. 9:23-bk-10899-RC<br><br>WITHDRAWAL OF APPOINTMENT BY TRUSTEE<br><br>No Hearing Required |

JERRY NAMBA hereby gives notice of withdrawal as Trustee in the above-captioned case due to a conflict of interest.  NAMBA represented a party who holds an interest in the case.

Date: November 3, 2023

_____
JERRY NAMBA, TRUSTEE

-1-