**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
915 Wilshire Boulevard, Suite 1850
Los Angeles, California 90017
Telephone: (213) 894-6811
Facsimile: (213) 894-0276

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## NORTHERN DIVISION

| | |
|---|---|
| In re: | Case Number: 9:23-bk-10899-RC |
| Elite Collision Repair, Inc., | Chapter 7 |
| Debtor(s). | **NOTICE OF APPOINTMENT OF TRUSTEE AND FIXING OF BOND; ACCEPTANCE OF APPOINTMENT AS INTERIM TRUSTEE** |

Pursuant to 11 U.S.C. § 701 and 11 U.S.C. § 322:

    Jeremy W. Faith
    16030 Ventura Blvd., Suite 470
    Encino, California 91436

is appointed Interim Trustee in the above captioned matter and is hereby designated to preside at the meeting of creditors. This case is covered by the chapter 7 blanket bond on file with the Court on behalf of the Trustees listed on Schedule A of the bond and any amendments or modifications thereto.

DATED: November 6, 2023                        <u>PETER C. ANDERSON</u>
                                                                      UNITED STATES TRUSTEE

1 |     I, the undersigned, affirm that to the best of my knowledge and belief, I am disinterested within the meaning of 11 U.S.C. § 101(14) and on this basis, I hereby accept my appointment as Interim Trustee in the matter of *In Re: Elite Collision Repair, Inc., Case No.: 9:23-bk-10899-RC*. I will immediately notify the United States Trustee if I become aware of any facts to the contrary.

DATED: 12/7/23

_____
Jeremy W. Faith
Interim Trustee