**U.S. Department of Justice**

*United States Trustee*
*Central District of California*

*915 Wilshire Boulevard, Suite 1850*  *Telephone: (213) 894-6811*
*Los Angeles, California 90017*  *Facsimile: (213) 894-0276*

# NOTIFICATION OF CHANGE IN APPOINTMENT OF TRUSTEE AND CONTINUED DATE OF 341 MEETING

DATE: NOVEMBER 6, 2023

TO: JERRY NAMBA, CHAPTER 7 TRUSTEE

FROM: VERONICA HERNANDEZ, LEGAL SECRETARY

RE: 9:23-bk-10899-RC, ELITE COLLISION REPAIR, INC.,

You have advised the U.S. Trustee of your withdrawal of appointment as interim trustee due to conflict of interest, therefore, the trustee reflected below is appointed as the interim trustee in the above-entitled case.

<u>NAME OF NEW TRUSTEE</u>:    **JEREMY W. FAITH**

<u>CONTINUED DATE AND</u>    **DECEMBER 7, 2023, 10:00 a.m.**
<u>TIME OF THE 341 MEETING</u>:    **SANTA BARBARA, CA**

**Additional information to the trustees:**

1. The trustee withdrawing from the case should submit to the U.S. Trustee, in writing within 3 days of the receipt of this notification, the nature of the conflict of interest or an explanation as to the circumstances which has caused the withdrawal of the appointment.

2. No notice will be mailed by the U.S. Bankruptcy Court with respect to the continued 341 Meeting.

3. The trustee who has withdrawn from the case should mail a notice to the debtor and the attorney of record advising of the appointment of a new trustee and the continued 341 Meeting date and time. This procedure will avoid the unnecessary appearance of the debtor(s) at the 341 Meeting.

4. At the 341 Meeting, the trustee who has withdrawn from the case should place on the record the name of the new trustee and the date to which the 341 Meeting is continued.

5. The petition, schedules, statement of affairs and all records should be turned over by the withdrawing trustee to the new trustee prior to the continued 341 Meeting.

cc:    JEREMY W. FAITH – Chapter 7 Trustee        U.S. Bankruptcy Court